**IT IS ORDERED as set forth below:**



**Date: December 19, 2018**

Wendy L. Hagenau

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ROBERT FLOYD GALBREATH, III,** | ) | CASE NO.: **18-61593-WLH** |
| | ) | |
| Debtor. | ) | |
| ROBERT FLOYD GALBREATH, III, | ) | |
| | ) | |
| Movant. | ) | |
| | ) | |
| v. | ) | **CONSTESTED MATTER** |
| | ) | |
| BRIDGECREST CREDIT COMPANY, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON OBJECTION TO CLAIM NUMBER 7 – BRIDGECREST CREDIT**
**COMPANY, LLC**

On September 26, 2018, Debtor filed an Objection to Claim (Motion to Disallow Claim)

of Bridgecrest Credit Company, LLC (Claim No. 7), which was scheduled to be heard on

September 26, 2018 (Doc. No. 25). Debtor re-noticed the Hearing to December 12, 2018 (Doc.

No. 36), and the Objection was heard on December 12, 2018. Debtor objects to Respondent's Proof

of Claim Number 7 as filed. Debtor asserts he no longer owns the property. Debtor's vehicle was

repossessed by Respondent prior to his Chapter 13 Bankruptcy filing. At the call of the calendar,

Counsel for Debtor and the Chapter 13 Trustee appeared. No other party in interest or creditor

made an appearance, lodged or advocated any response to the claim objection; accordingly, by

default, it is hereby

ORDERED that Debtor's Objection to Creditor Bridgecrest Credit Company, LLC (Claim

No. 7) is **GRANTED:** Proof of Claim Number 7 in the amount of $11,453.66 is to be treated as a

general, non-priority, unsecured claim.

**[END OF DOCUMENT]**

Prepared by:
/s/
John Burke
GA Bar No.:966407
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**


No opposition by:

        /s/      *(with express permission)*
Ryan Williams, Attorney for
Nancy J. Whaley
Georgia Bar No.: 940874
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303
(678) 992-1201
**Chapter 13 Trustee**

**DISTRIBUTION LIST**

John Burke
The Semrad Law Firm, LLC
303 Perimeter Center North, Ste. 201
Atlanta, GA 30346

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave.
Atlanta GA 30303

Robert Floyd Galbreath, III
344 Duncan Street
Park, GA 30297

Bridgecrest Credit Company,
P.O. Box 29018
Phoenix, AZ 85038

Bridgecrest Credit Company, LLC
c/o Kenneth William Powley,
Bankruptcy Specialist
P.O. Box 29018
Phoenix, AZ 8503

Bridgecrest Credit Company, LLC
/o Corporation Service Company, Reg. Ag.
40 Technology Pkwy South, #300
Norcross, GA 30092

Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud, MN 56302-9617

Jefferson Capital Systems, Llc
/o Corporation Service Company, Reg. Ag.
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Jefferson Capital Systems, Llc
Five Concourse Parkway, Suite 400
Atlanta, Ga, 30328